# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RICARDO JAMAL STROZIER, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-42 |
| v. | * | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 19. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Georgia Department of Corrections, Shepard, Bobbitt, Morales, Polite, and Williams. Plaintiff's claims against Defendants Wicker, Taylor, Dodson,

AO 72A
(Rev. 8/82)

Toole, Odum, Johnson, Hargrove, and Reynolds remain pending. Id.; Dkt. No. 20.

**SO ORDERED**, this  11  day of  May , 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA