# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

RICARDO JAMAL STROZIER,

      Plaintiff,

    v.

ROBERT TOOLE, et al.,

      Defendants.

5:22-cv-42

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 60. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT** Defendants' Motions to Dismiss, **DISMISS without prejudice** Plaintiff's Complaint for failure to exhaust administrative remedies, **DIRECT** the Clerk of Court to enter the appropriate judgment in dismissal, and **DENY** Plaintiff leave to appeal *in forma pauperis.*

    **SO ORDERED**, this 25 day of March, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA